COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
  
  
 IN THE MATTER OF THE ESTATE
 OF JACK O. MCCALL, DECEASED.
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00263-CV
  
 Appeal from the
  
 County Court at Law No. 1
  
 of Midland County, Texas
  
 (TC#9,964)
 
 




 

MEMORANDUM
OPINION

The parties to this appeal entered a
settlement agreement and filed a joint motion to remand this matter to the
trial court for entry of an agreed order of dismissal.  We granted the motion and abated the appeal
so the trial court could enter the agreed order.  The trial court has now forwarded a signed
and certified copy of the agreed order to this Court.  We therefore reinstate the cause on the
docket of this Court and dismiss the appeal.

SUSAN
LARSEN, Justice

March 18, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.